# MEMORANDA, 1893.

Jeäne W. Pulling v. Edgar O. Durfee, Judge of Probate of Wayne County.

[See 85 Mich. 34; 88 Id. 387; 93 Id. 274; 97 Id. 375.]

*Probate courts—Commissioners in dower—Mandamus.*

The proper remedy by which to review the action of the probate court in refusing to appoint commissioners to set off dower is by an appeal from the order of denial, and *mandamus* will not lie to compel such appointment.

*Mandamus.* Order to show cause denied January 4, 1893.

Relator filed a petition in the probate court of Wayne county for the appointment of commissioners to set off her dower in certain lands sold by her husband on contract during his lifetime, and before his marriage to relator, and in other lands. The petition was denied, in so far as it related to the first-named lands, on the ground that the interest of the deceased therein was personalty, and not realty. See *In re Estate of Pulling,* 97 Mich. 375, for a full statement of facts.

*Fraser & Gates,* for relator.

Per Curiam. An order to show cause is denied. *Mandamus* will not lie to compel the appointment of commissioners to set off dower, the remedy being by appeal.